UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY SHEPARD,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-0062-RCJ-CLB<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Plaintiff's Motion for Enlargement of Time to file an amended complaint (ECF No. 5) is GRANTED.

THE COURT FURTHER **ORDERS** that Plaintiff shall have to and including June 27, 2021 to file a First Amended Complaint.

THE COURT FURTHER **ORDERS** that, if Plaintiff fails to file a First Amended Complaint curing the deficiencies of the original complaint outlined in the Court's Screening Order (ECF No. 3), this action will be dismissed with prejudice for failure to state a claim.

DATED THIS __9th__ of June 2021

_____
United States Magistrate Judge